**2017–0159.   State v. Dickerson.**
Cuyahoga App. No. 102461, 2017-Ohio-177. On motion for immediate stay of the court of appeals' judgment. Motion granted.

O'Connor, C.J., and DeWine, J., dissent.

**2017–0242.   State ex rel. Curtis v. Vital Statistics Registrar, Brown Cty. Health Dept.**
Brown App. No. CA2017–01–001. On motion for stay of court of appeals' judgment. Motion denied.

**2016–1270.   State v. Belton.**
Hamilton App. No. C–150358. Discretionary appeal accepted, cause held for decision in 2015–0677, *State v. Aalim*, and briefing schedule stayed.

DeWine, J., dissents.

Fischer, J., not participating.

**2016–1278.   Cummings v. Harvey Abens Iosue Co., L.P.A.**
Cuyahoga App. No. 104541. Discretionary appeal accepted on Proposition of Law No. I and judgment vacated. Cause remanded to the court of appeals to consider the merits of appellant's appeal.

**2017–0173.   In re Adoption of P.L.H.**
Butler App. No. CA2016–09–185, 2016-Ohio-8453. Motion for stay denied.

O'Donnell and DeWine, JJ., dissent.

Kennedy, French, and Fischer, JJ., dissent from the denial of the motion for stay.